UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Joan Kathryn Wenger,

   Petitioner

v.

Frank Dreesen, et al.,

   Respondents

Case No. 2:23-cv-01965-CDS-DJA

Order Granting Respondents' Motion for Extension of Time

[ECF No. 16]

  In this habeas corpus action, the petitioner, Joan Kathryn Wenger, who is represented by appointed counsel, filed an amended habeas petition on November 18, 2024. ECF No. 13. Respondents were due to respond to the amended petition by January 27, 2025. ECF No. 15. On January 27, respondents filed a motion for extension of time requesting a 60-day extension, to March 28, 2025. ECF No. 16. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of their obligations in other cases. Respondents' counsel represents that Wenger does not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

  IT IS THEREFORE ORDERED that respondents' motion for enlargement of time **[ECF No. 16] is GRANTED**. Respondents will have until and including **March 28, 2025**, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 17, 2024 (ECF No. 9) will remain in effect.

  Dated: January 30, 2025

               _____
               Cristina D. Silva
               United States District Judge