# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joan Kathryn Wenger,<br><br>　　　　Petitioner<br><br>v.<br><br>Frank Dreesen, et al.,<br><br>　　　　Respondents | Case No. 2:23-cv-01965-CDS-DJA<br><br>**Order Granting Respondents'<br>Motion for Extension of Time**<br><br>[ECF No. 18] |

　　　　In this habeas corpus action, the petitioner, Joan Kathryn Wenger, who is represented by appointed counsel, filed an amended habeas petition on November 18, 2024. ECF No. 13. After an initial period of 56 days and a 60-day extension, respondents were due to respond to the amended petition by March 28, 2025. ECF Nos. 9, 15. On March 28, respondents filed a motion for extension of time (ECF No. 18), requesting a further 45-day extension, to May 12, 2025. Respondents' counsel states that the extension is necessary because of their obligations in other cases. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

　　　　IT IS THEREFORE ORDERED that respondents' motion for enlargement of time **[ECF No. 18] is GRANTED**. Respondents will have until and including **May 12, 2025**, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 17, 2024 (ECF No. 9) will remain in effect.

　　　　Dated:  April 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge