# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joan Kathryn Wenger, | Case No. 2:23-cv-01965-CDS-DJA |
| Petitioner | **Order Granting Respondents' Motion for Extension of Time** |
| v. | |
| Frank Dreesen, et al., | [ECF No. 20] |
| Respondents | |

In this habeas corpus action, the petitioner, Joan Kathryn Wenger, who is represented by appointed counsel, filed an amended habeas petition on November 18, 2024. ECF No. 13. After an initial period of 56 days, a 60-day extension, and a 45-day extension, the respondents were due to respond to the amended petition by May 12, 2025. ECF Nos. 9, 15, 19. On May 12, the respondents filed a motion for extension of time (ECF No. 20), requesting a further thirty-day extension, to June 11, 2025. Respondents' counsel states that this extension is necessary because of their obligations in other cases. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

I therefore order that respondents' motion for enlargement of time **[ECF No. 20] is GRANTED**. Respondents will have until and including **June 11, 2025**, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 17, 2024 (ECF No. 9) will remain in effect.

Dated: May 13, 2025

_____
Cristina D. Silva
United States District Judge