# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joan Kathryn Wenger,<br><br>           Petitioner<br><br>v.<br><br>Frank Dreesen, et al.,<br><br>           Respondents | Case No. 2:23-cv-01965-CDS-DJA<br><br>**Order Granting Respondents' Motion for Extension of Time**<br><br>[ECF No. 32] |

      In this habeas corpus action, the respondents filed a motion to dismiss on June 11, 2025. ECF No. 29. The petitioner, Joan Kathryn Wenger, who is represented by appointed counsel, filed an opposition to that motion on August 11. ECF No. 31. The respondents were due to file a reply by September 10. *See* ECF No. 9 (30 days for reply). On September 10, the respondents filed a motion for extension of time, requesting a 30-day extension, to October 10. ECF No. 32. Respondents' counsel states that the extension is necessary because of their obligations in other cases and problems with the State's computer system. Counsel represents that Wenger does not oppose the motion for extension of time. I find that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

      I therefore order that respondents' motion for enlargement of time **[ECF No. 32] is GRANTED**. Respondents will have until and including **October 10, 2025**, to file a reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 17, 2024 (ECF No. 9) will remain in effect.

      Dated: September 10, 2025

                                                      _____<br>
                                                      Cristina D. Silva<br>
                                                      United States District Judge